FILED
SUPERIOR COURT
OF GUAM

2021 OCT 29 PM 2: 32

BY_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ESTATE<br><br>OF<br><br>JESUS U. TORRES aka J.U. TORRES,<br><br>Deceased. | PROBATE CASE NO. PR0104-02<br><br>**DECISION AND ORDER** |

## INTRODUCTION

This matter came before the Honorable Vernon P. Perez on August 3, 2021, for remote hearing on Administratix Julia T. Cruz's Motion to Vacate Stay, Execute 2017 Final Decree and Order for Distribution and an Order of Accounting. Present via Zoom were Attorney Phillip Torres on behalf of Administratrix Cruz, Attorney John Terlaje on behalf of heir Frank B. Torres, Attorney Daniel Berman on behalf of heirs Daniel U. Torres and Barbara M. DeMello, Trustee under the Esteban Torres Family Trust dated May 12, 1995, Attorney Joyce Tang on behalf of claimant Gloria Sholing, and Attorney Wayson Wong on behalf of creditors Rosario S. Bautista and Manuel C. Sholing. Having reviewed the pleadings, the arguments presented, and the record, the Court now issues the following Decision and Order.

## BACKGROUND

On March 21, 20217, the probate court[1] issued several decision from the bench: (1) dissolving the stay in the probate proceedings; (2) denying Gloria Sholing's Motion to Vacate

---

[1] This matter came before the Honorable Katherine A. Maraman.

*In the Matter of the Estate of Jesus U. Torres*
PR 0104-02
Decision and Order

the December 28, 2006 Order Approving settlement; and (3) granting Executor Francisco Torres's Petition for Final Distribution. On March 22, 2017, Gloria Sholing filed a Notice of Appeal seeking interlocutory review. On December 6, 2017, the Supreme Court of Guam issued an Order dismissing the interlocutory appeal, finding that Gloria Sholing's claims were not moot in light of *Bautista v. Torres*, 2017 Guam 17. The Supreme Court further vacated the trial court's orders lifting the stay and denying the motion to vacate, and remanded the matter back to the trial court for consideration of those matters on the merits, and dismissed the present appeal. The Supreme Court also recommended "that the lower court consider whether it is appropriate to consolidate PR0104-02 and CV0471-07."

On July 3, 2018, this matter was assigned to this Court. Two competing Petitions for Letters of Administration were subsequently filed. On January 18, 2019, this Court issued an order staying case until Gloria Sholing's claims are settled in the related civil matter, CV0471-07. Although CV0471-07 is also assigned to this Court, the matters have not been consolidated.

On April 6, 2021, Administratix Julia T. Cruz filed a Motion to Vacate Stay, Enforce 2017 Final Decree and Order for Distribution and Order of Accounting. On May 5, 2021, claimant Gloria Sholing filed her Opposition. On May 17, 2021, creditors Rosario S. Bautista and Manuel C. Sholing[2] filed their Objection. Administratrix Cruz filed her Reply to the creditors' Opposition on May 20, 2021, and to claimant Sholing's Opposition on May 24, 2021. On June 7, 2021, Gloria Sholing filed a Sur-Reply to Administratrix's Reply in Support of Motion to Vacate Stay.

On June 10, 2021, heirs Daniel U. Torres and Barbara M. DeMello, Trustee under the Estaban Torres Family Trust filed a joinder in the Motion to Vacate Stay.

On July 30, 2021, creditors' Bautista and Sholing also filed a Joinder in Gloria Sholing's Opposition to the Motion to Vacate Stay and for Other Relief.

---

[2]  The Objection also includes "soon to be creditors Jose S. Bautista and Catherine B. Sholing." On July 30, 2021, a Motion to Substitute Creditors was filed by Jose S. Bautista and Catherine B. Sholing. This Motion has not yet been addressed by the Court.

On August 3, 2021, the Court heard further arguments from the parties and subsequently placed the matter under advisement.

## DISCUSSION

Administratrix Cruz moves the Court to vacate the stay and approve final distribution. *See generally*, Mot. Vacate Stay, Apr. 6, 2021. Cruz sets forth that "[a]ny ongoing issues and claims in Civil Case CV0471-07 do not impact the probate case." *Id.* at 2. Cruz acknowledges the trial court's discretion to stay proceedings, but argues that the heirs "have suffered irreparable harm" and that "[t]here is a lack of sufficient support for a continued indefinite stay." *Id.* at 4.

As an initial matter, the Court notes that there were two separate appeals filed in 2016 in CV0471-07. CVA16-020 was filed by Manual C. Sholing and Rosario S. Bautista, and CVA16-021 was filed by Gloria C. Sholing. The Supreme Court of Guam in CVA16-021 found that:

> The trial court correctly discerned that Gloria Sholing's initial counterclaims were time-barred, but it abused its discretion by impliedly denying her motion to file amended pleadings which would have added, among others, a fraud claim, the viability of which the trial court did not fully assess. Because the trial court did not need to address the doctrine of recoupment, the parties should not be precluded from rearguing this issue should the need arise. The Superior Court Judgment is REVERSED in part, and the case is REMANDED for further proceedings not inconsistent with this opinion.

*Bautista v. Torres*, 2017 Guam 17 ¶ 38. As to CVA16-020, "Rosario S. Bautista and Manuel C. Sholing (collectively, "the Sholings") appeal from the Superior Court's entry of judgment", *Bautista v. Torres*, 2020 Guam 28 ¶ 2, the Supreme Court found that because "the Sholings' claims in Counts One through Three are time-barred, the Sholings possess no legally cognizable interest in the funds distributed by Francisco." *Bautista v. Torres*, 2020 Guam 28 ¶ 30.[3]

The Court finds that Gloria Sholing's claims against the probate Estate are still alive and unresolved in CV0471-07, and therefore she remains a creditor of the Estate at this time. Gloria

---

[3] This Amended Opinion superseded in its entirety the prior opinion of the court, *Bautista v. Torres*, 2019 Guam 18. *Bautista v. Torres*, 2020 Guam 28 ¶ 1.

Sholing's claims against the Estate are significant, totaling over $2 million. *See* Notice of Claim for Gloria C. Sholing, Jul. 28, 2010. Further, as the Supreme Court of Guam in its December 6, 2017 Order vacated the probate court's order denying Gloria Sholing's Motion to Vacate the December 28, 2006 Order Approving settlement,[4] said Motion still remains pending and unresolved. Therefore, final distribution is inappropriate at this stage and the Court finds it necessary for this matter to remain stayed until Gloria Sholing's claims in CV0471-07 are fully resolved.

## CONCLUSION

For the foregoing reasons, the Court hereby DENIES the Motion to Vacate Stay. This matter will remain stayed until Gloria Sholing's claims in CV0471-07 are resolved.

IT IS SO ORDERED this __29th__ day of October, 2021.

_____
HONORABLE VERNON P. PEREZ
Judge, Superior Court of Guam

---

[4] On July 22, 2010, Gloria Sholing filed a Motion to Vacate Order Appointing Executor and Approving Settlement Agreement and Distribution.

*In the Matter of the Estate of Jesus U. Torres*
PR 0104-02
Decision and Order